

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2019

No. 04-19-00457-CV

**EX PARTE C.D.R.**

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 33751
Honorable Enrique Fernandez, Judge Presiding

# O R D E R

On July 29, 2019, the trial court clerk notified this court that the clerk's record was not filed when it was originally due because appellant had not filed a designation of clerk's record with the trial court clerk and appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the record and appellant was not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that appellant has filed a designation of clerk's record with the trial court clerk and that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee, or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2019.

_____
Keith E. Hottle,
Clerk of Court